UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                          )
LAUREL ROSEN,                             )
                                          )      No. C07-0360RSL
            Plaintiff,                    )
      v.                                  )
                                          )      ORDER
AT&T MOBILITY LLC,                        )
                                          )
            Defendant.                    )
_____)

This matter comes before the Court *sua sponte*. On March 7, 2008, the Court ordered defendant to deliver a courtesy copy of documents it filed on February 27, 2008. Defendant has now done so. The Order to Show Cause (Dkt. # 32) is hereby VACATED: defendant need not take any further action in response to the Order to Show Cause.

Dated this 12th day of March, 2008.

Robert S. Lasnik
United States District Judge

ORDER