UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAUREL ROSEN,<br><br>    Plaintiff,<br><br>  v.<br><br>AT & T MOBILITY LLC,<br><br>    Defendant. | Case No. C07-360RSL<br><br>TAXATION OF COSTS |

Costs in the above-entitled action are hereby taxed against PLAINTIFF LAUREL ROSEN and on behalf of DEFENDANT in the amount of $2,263.95.

Dated this ___20th___ day of JUNE, 2008 .


_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 1